(Del. Rev. 5/2014) Pro Se Employment Discrimination Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Camille Collins

_____
(Name of Plaintiff or Plaintiffs)

v.

Goodwill of De & De County

_____
(Name of Defendant or Defendants)

Civ. Action No. 22 - 318
(To be assigned by Clerk's Office)

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
(Pro se)

Jury Demand?
☑ Yes
☐ No

1. This action is brought pursuant to (check all spaces that apply):

   ☑ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

   ☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My year of birth is: _____.

   ☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

   ☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.

2. Plaintiff resides at 756 Sandy Hill Trail
   (Street Address)
   Camden-Wyoming   Kent   Delaware   19934
   (City)   (County)   (State)   (Zip Code)
   (302) 923-2426 . Attach additional sheets if more than one Plaintiff.
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at 300 Lea Blvd
   (Street Address)
   Wilmington   New Castle   Delaware   19802 .(
   (City)   (County)   (State)   (Zip Code)

Attach additional sheets if more than one Defendant.

1

4. The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's **Goodwill of Delaware & Del. County** place of business (Defendant's Name) located at **1678 South Governors Avenue** (Street Address) **Dover** (City) **Kent** (County) **Delaware** (State) **19904** (Zip Code)

Additional Dates
* June 15, 2017 – May 2018
* August 30, 2018
* July 12, 2017
* October 6, 2018

5. The alleged discriminatory acts occurred on **12** (Day), **June** (Month), **2017** (Year)

6. The alleged discriminatory practice ☐ is ☑ is not continuing.

7. On **16** (Day), **October** (Month), **2018** (Year), Plaintiff filed charges with the Department of Labor of the State of Delaware: **Division of Industrial Affairs** (Agency), **4425 North Market Street** (Street Address), **Wilmington** (City), **New Castle** (County), **Delaware** (State), **19802** (Zip Code), regarding defendant's alleged discriminatory conduct.

8. On **16** (Day), **October** (Month), **2018** (Year), Plaintiff filed charges with the Equal Employment Opportunity Commission of the United States regarding defendant's alleged discriminatory conduct.

9. The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter which was received by plaintiff on: **29** (Day), **November** (Month), **2021** (Year).

**(NOTE: ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)**

10. The alleged discriminatory acts, in this suit, concern:

    A. ☐ Failure to employ plaintiff.
    B. ☑ Termination of plaintiff's employment. Plaintiff was terminated from employment on the following date: **October 19, 2018**.
    C. ☑ Failure to promote plaintiff. Plaintiff was refused a promotion on the following date: **June 5, 2017**
    D. ☑ Other acts (please specify): (1) Failure to pay equivalent monetary compensation for janitorial work performed at Dover office at directives of supervisor from: June 15, 2017 – October 2, 2018. (2) Conspired with an external partner, making false allegations of sexual harassment against me, after I formally reported my supervisor for the lack of pay issue.

11. The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

2

    A. ☑ Plaintiff's race
    B. ☑ Plaintiff's color
    C. ☐ Plaintiff's sex
    D. ☐ Plaintiff's religion
    E. ☐ Plaintiff's national origin
    F. ☐ Plaintiff's age
    G. ☐ Plaintiff's disability

12. A copy of the charges filed with the Department of Labor of the State of Delaware and/or the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

**(NOTE: ATTACH A COPY OF THE CHARGES FILED WITH THE DEPARTMENT OF LABOR OF THE STATE OF DELAWARE AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION OF THE UNITED STATES TO THIS COMPLAINT.)**

**THEREFORE,** Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

    A. ☐ Injunctive relief (specify what you want the Court to order): _____
    B. ☑ Back pay.
    C. ☐ Reinstatement to former position.
    D. ☑ Monetary damages in the amount of $2,500,000.
    E. ☑ That the Court appoint legal counsel.
    F. ☑ Such relief as may be appropriate, including costs and attorney's fees.
    G. ☐ Other (specify): _____

I/We declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/2/2022

_Camille Collins_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

**NOTICE**
Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Collins
756 Sandy Hill Trail
Camden-Wyo, DE 19934



Office of the Clerk
U.S. District Court
844 N. King Street
Unit 18
Wilmington, DE 19801-3570